UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS,<br><br>        Plaintiff,<br><br>    v.<br><br>DONALD HOLBROOK, et al.,<br><br>        Defendants. | Case No. C19-1735-JLR<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) This action is DISMISSED without prejudice; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

Dated this _____ day of _____, 20___.

                                                      JAMES L. ROBART
                                                    United States District Judge

ORDER OF DISMISSAL - 1