# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | CASE NUMBER: C19-1735-JLR |
| v. | |
| DONALD HOLBROOK, et al., | |
| Defendants. | |

___ **Jury Verdict.** This action comes before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

By Order of the Court, this case is dismissed without prejudice.

Dated this ___ day of _____, 201___.

                                            WILLIAM M. MCCOOL
                                            Clerk

                                            Deputy Clerk